**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DANIEL ENOCH HOWARD,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-3842** |
| | : | |
| **HAROLD HOWARD, et al.,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 13th day of August, 2026, upon consideration of Plaintiff Daniel Enoch Howard's Motions for Leave to Proceed *In Forma Pauperis* (ECF Nos. 2, 6), and *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. The Complaint is **DISMISSED WITH PREJUDICE** as frivolous, for the reasons in the Court's Memorandum.

2. The Motions to Proceed *In Forma Pauperis* are **DENIED AS MOOT**.

3. The Court certifies that any appeal from this Order is not taken in good faith because of the frivolous nature of Howard's claims. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**MARY KAY COSTELLO, J.**